UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　CRIMINAL ACTION NO. 5:24-cr-00121

JAMES EUGENE MONROE, JR.

### ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDATION

On February 6, 2025, all counsel and the Defendant appeared for a guilty plea hearing to Count Eight of the Indictment.[1] Count Eight charges the Defendant with knowingly conducting and attempting to conduct a financial transaction affecting interstate and foreign commerce, in violation of 18 U.S.C. § 1956(a)(1)(B)(i). [ECF 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on February 6, 2025. [ECF 48]. He recommends conditional acceptance of the Defendant's guilty plea. [*Id.* at 9]. Objections in this case were due on February 24, 2025. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 48**] and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

---

[1] Inasmuch as the Defendant's plea obviates the need for a trial, the Government's Motions in Limine [ECF 26 and 27], filed September 19, 2024, are **DENIED** as moot.

2

The Clerk is directed to transmit copies of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: March 10, 2025

Frank W. Volk
Chief United States District Judge